IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3063 |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS ALFREDO ORTIZ MENCHACA, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the defendant's unopposed motion to continue brief deadline (filing 47) is granted. The defendant's brief is due on November 2, 2010.

    DATED this 1st day of November, 2010.

                                    BY THE COURT:

                                    *Richard G. Kopf*
                                    United States District Judge