IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3063 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JESUS ALFREDO ORTIZ MENCHACA, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of the 2014 Drug Retroactive Sentencing Worksheet (Filing No. 68) showing that the defendant is eligible for a 21 month reduction. Accordingly,

IT IS ORDERED that I will reduce the defendant's sentence on November 3, 2014, by 21 months, unless an objection is filed on or before Friday, October 31, 2014. My chambers shall bring this matter to my attention on November 3, 2014.

Dated October 7, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge