IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3063 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JESUS ALFREDO ORTIZ MENCHACA, | ) | |
| | ) | |
| Defendant. | ) | |

Because the defendant's eligibility for a sentence reduction will be determined in accordance with the schedule approved by the undersigned,

IT IS ORDERED that filing 69 is withdrawn.

Dated October 29, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge